Aeyisha Lewis

        Plaintiff,

v.              Case No.: 3:21−cv−00559

Gallatin Chicken LLC, et al.

        Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/17/2022 re [39].

                   Lynda M. Hill
              s/ Megan Gregory, Deputy Clerk